AO91 (Rev. 12/03) Criminal Complaint                                          AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** vs. Damaris Abigail FLORES-Varela  A215 942 868  El Salvador | **CRIMINAL COMPLAINT** Case Number: 1:18-po-3892 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  September 05, 2018  in  Hidalgo  County, in the  Southern District Of Texas  defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title  8  United States Code, Section(s)  1325(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was apprehended in Hidalgo, Texas on September 05, 2018. The defendant is a citizen of El Salvador who entered the United States illegally by rafting across the Rio Grande River near Hidalgo, Texas on September 05, 2018 thus avoiding immigration inspection.

Defendant had $15 US dollars and $70 Mexican pesos in their possession at time of arrest.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes   ☒ No

/S/  Villarreal Iii, Ernesto  Border Patrol Agent
Signature of Complainant

Villarreal Iii, Ernesto    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

September 07, 2018                                             at    Brownsville, Texas
Date                                                                         City/State

Ignacio Torteya III           U.S. Magistrate Judge
Name of Judge                Title of Judge                             Signature of Judge